UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JAMELL JONES,

           Petitioner,

    -against-

SUPERINTENDENT, Attica Correctional
Facility,

           Respondent.
-------------------------------------------------------x

MEMORANDUM AND ORDER
07-CV-3222 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 23 2007 ★
BROOKLYN OFFICE

**GERSHON, United States District Judge.**

On July 30, 2007, petitioner Jamell Jones filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 1993 Richmond County conviction. See People v. Jones, 220 A.D.2d 689 (2nd Dept. 1995). Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Court conducted an initial consideration of the petition. By Order dated August 27, 2007, the Court directed petitioner to submit an amended petition, within 60 days of the entry of the Order, that conforms to the Rules Governing Section 2254 cases.

The Court mailed a copy of the August 27, 2007 Order to petitioner at the address he provided at Attica Correctional Facility, but it was returned to the Court as undeliverable. A search of the New York State Department of Correctional Services website reveals that plaintiff is still incarcerated at Attica Correctional Facility.[1] Since petitioner has not provided the Court with an alternative address, the Clerk of Court is hereby directed to resend a copy of the Court's August 27,

---

[1] See http://nysdocslookup.docs.state.ny.us/GCA00P00/WIQ3/WINQ130.

2007 Order, along with the instant Order, to: Jamell Jones, 96R0412, Attica Correctional Facility, P.O. Box 149 Attica, NY 14011-0149. Petitioner shall have an additional sixty (60) days from the entry of the instant Order to comply with the Court's August 27, 2007. If petitioner fails to comply, the petition shall be dismissed for failure to comply with the Rules Governing 2254 cases.

SO ORDERED.

_____
**NINA GERSHON**
**United States District Judge**

Dated: October 22, 2007
       Brooklyn, New York