**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**JAMELL JONES,**

                               **Petitioner,**                     **ORDER**

  **- against -**

                                                      **07 CV 3222 (NG)(RER)**

**UNITED STATES OF AMERICA,**

                               **Respondent.**
-------------------------------------------------------x

**GERSHON, United States District Judge:**

       On July 20, 2007, petitioner Jamell Jones filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the court conducted an initial consideration of the petition. By Order dated August 27, 2007, the court directed petitioner to submit an amended petition, within sixty (60) days of the entry of the Order, that conforms with the Rules Governing Section 2254 cases.

       The court mailed a copy of the August 27, 2007 Order to petitioner at the address he provided at Attica Correctional Facility, but it was returned to the court as undeliverable. After confirming that petitioner was still at Attica Correctional Facility, and because petitioner did not provide the court with any alternative address, the court, on October 22, 2007, resent a copy of the August 27, 2007 Order to petitioner at Attica Correctional Facility. Along with the August 27 Order, the court sent to petitioner an Order dated October 22, 2007, recounting the above events and directing petitioner to amend his petition within sixty (60) days. The court further warned petitioner that failure to do so would result in the petition being dismissed for failure to comply with the Rules Governing 2254 cases.

Petitioner has failed to amend his petition.  Accordingly, the petition is dismissed for failure to comply with the Rules Governing 2254 cases.  The Clerk of Court is directed to close this case.

**SO ORDERED.**

_____/s_____
**NINA GERSHON**
**United States District Judge**

Dated: January 18, 2008
Brooklyn, New York